# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**781**
**CAF 15-00691**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF KRISTIN M. DAWLEY,
PETITIONER-APPELLANT,

V                                                      MEMORANDUM AND ORDER

SEAN T. DAWLEY, RESPONDENT-RESPONDENT.
------------------------------------------
IN THE MATTER OF SEAN T. DAWLEY,
PETITIONER-RESPONDENT,

V

KRISTIN M. DAWLEY, RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

PAUL B. WATKINS, FAIRPORT, FOR PETITIONER-APPELLANT AND RESPONDENT-APPELLANT.

MICHELLE M. SCUDERI, ATTORNEY FOR THE CHILDREN, WATERTOWN.

---

Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered March 24, 2015 in a proceeding pursuant to Family Court Act article 6. The order granted the violation of visitation petition of Kristin M. Dawley, as amended, and granted the violation of visitation petition of Sean T. Dawley.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Dawley v Dawley* ([appeal No. 2] ___ AD3d ___ [Nov. 10, 2016]).

Entered: November 10, 2016                    Frances E. Cafarell
                                              Clerk of the Court